UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:23-CV-00018-BO-RN

MARTIN R. MANN,                )
                               )
    Plaintiff,                 )
                               )
v.                             )    O R D E R
                               )
APPLE, INC., and TARGET        )
CORPORATION,                   )
                               )
    Defendants.

This matter is before the Court on plaintiff's *pro se* motion [DE 16] to stay proceedings. Both defendants oppose the motion, and in this posture, the matter is ripe for adjudication.

The power to stay proceedings is incidental to this Court's power to manage the disposition of cases on its docket "with economy of time and effort" for all parties involved. *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936). The movant's justification for the stay must be weighed against the prejudice toward the non-movants. Here, a stay is necessary to achieve equity. Defendants are large corporations, and plaintiff is a *pro se* litigant. Plaintiff is sailing to the Bahamas and will not return until June 1, 2023. Although plaintiff's justification is far from ironclad, defendants fail to offer a convincing reason why the stay would prejudice them. Therefore, plaintiff's *pro se* motion [DE 16] to stay proceedings is GRANTED. The Clerk is DIRECTED to stay proceedings until July 1, 2023.

SO ORDERED, this ___ day of April, 2023.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE